# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00748-RPM

CHARLES FRANK LOFTICE,

    Plaintiff,

v.

HOME DEPOT USA, INC.,

    Defendant.
_____

## ORDER REGARDING RETURN OF TRIAL EXHIBITS AND DEPOSITIONS
_____

    After review of the record and Judgment being entered on December 20, 2010 [42], it is

    ORDERED that counsel for the respective parties shall contact the Court's courtroom deputy at (303) 335-2112 to make arrangements for the return of all trial exhibits and depositions retained at the conclusion of the trial on December 15, 2010 and stored at the Clerk's Office, Alfred A. Arraj Courthouse, 901 19th Street, Denver Colorado 80294.

    DATED at Denver, Colorado this 21st , day of December, 2010.

    BY THE COURT:

    s/Richard P. Matsch

    _____
    Richard P. Matsch, Judge
    United States District Court